In the Matter of the Accounting of NATIONAL CITY BANK OF NEW YORK et al., as Executors of H. HARDCASTLE PENNOCK, Deceased.

CONSTANCE L. PENNOCK et al., Infants, Appellants; CAROL H. PENNOCK et al., Respondents.

Submitted January 5, 1942; decided January 15, 1942.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 475.)